Muriel B. Kaplan, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>       Plaintiffs,<br>v.<br><br>BARBARA JEAN BANKS, individually and dba B & C PAINTING AND DECORATING,<br><br>       Defendant. | Case No:  C13-3136 WHA<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:   December 5, 2013<br>Time:  11:00 a.m.<br>Ctrm:  Courtroom 8, 19th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, California<br>Judge: The Honorable William H. Alsup |

      Plaintiffs and Defendant respectfully request that the Case Management Conference scheduled for December 5, 2013, at 11:00 a.m., be continued for approximately ninety (90) days, as follows:

      1.    As the Court's records will reflect, this action was filed on July 8, 2013 to compel Defendant to comply with Plaintiffs' requested audit of payroll records, in accordance with the terms of its Collective Bargaining Agreement.

      2.    Service was accomplished on Defendant on July 23, 2013 with a subservice mailing done on July 23, 2013.

      3.    A responsive pleading was filed by Defendant and was entered by the Court on August 13, 2013.

4. Defendant thereafter provided a detailed list of some payments alleged as made after the audit report was published, and which would reduce the amounts claimed due. At the time of the last Case Management Conference held on October 10, 2013, Plaintiffs were awaiting verification from the Trust Funds' administrator of payments alleged as made by Defendant for amounts on the audit report in order to determine the amounts Defendant still owes to Plaintiffs' Trust Funds.

5. At the October 10, 2013, Case Management Conference, the Court referred this case to Magistrate Judge Jacqueline Scott Corley for mediation and/or settlement. As the parties are cooperating and working toward a stipulated resolution, the parties filed a Joint Request to Continue the Settlement Conference scheduled for November 25, 2013. The parties' Request was granted and the Settlement Conference has been continued to January 8, 2014.

6. After Plaintiffs' auditor reviewed the payments Defendant claimed were included in the audit, the Trust Funds' administrator provided the remaining balance that Defendant owes to Plaintiffs' Trust Funds in the amount of $29,519.59. On October 29, 2013, Plaintiffs provided Defendant with the revised amount due. Defendant requested additional time to review the revised amount owed.

7. Defendant just recently provided missing contribution reports for the months September 2012 and January through August 2013. Plaintiffs' administrator will need to review and possibly adjust the contribution reports to determine the amounts due for the hours worked during that time period.

8. Once the parties determine the amount owed by Defendant, Plaintiffs and Defendant will attempt a resolution for all payments due from Defendant by entering into a Judgment Pursuant to Stipulation. Defendant has agreed to do so, stating that her proposal to pay an initial $6,000.00 toward the amounts owed shall be satisfied by payment this week.

9. There are no issues that can or need to be addressed by this Court at the currently scheduled Case Management Conference since the parties are cooperating and working toward a stipulated resolution and the amounts owed are not yet determined.

-2-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C13-3136 WHA**

P:\CLIENTS\PATCL\B&C Painting 2 (Audit)\Pleadings\C13-3136 WHA - Request to Continue CMC 112113.docx

10. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs and Defendant respectfully request that the Court continue the currently scheduled Case Management Conference for approximately ninety (90) days to allow the parties to determine the amount owed by Defendant and to resolve this matter informally.

11. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: November 22, 2013                    **SALTZMAN & JOHNSON**
                                            **LAW CORPORATION**

                                   By:    _____/S/_____
                                            Erica J. Russell
                                            Attorneys for Plaintiffs


Dated: November 22, 2013                    **BARBARA JEAN BANKS,**
                                            **individually and dba B & C**
                                            **PAINTING AND DECORATING**

                                   By:    _____/S/_____
                                            Barbara Jean Banks
                                            Defendant

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to  January 16, 2014 , and all related deadlines are extended accordingly.

Date:  November 25, 2013.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT

APPROVED
Judge William Alsup

-3-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C13-3136 WHA**